The people cannot be non-suited.
In this respect, as well as in many others, they enjoy the prerogatives of the British crown.

## THE PEOPLE *against* JAMES L. THURMAN.

D. RUSSELL, for the defendant, moved for judgment as in case of nonsuit.

*W. H. Maynard,* contra, objected, that judgment of non-suit cannot be rendered against the people.

*Russell* said the suit was prosecuted for the benefit of one *V. B.* and he wished the Court to make such an order in this matter as finally to dispose of it, even if they could not render a technical judgment of nonsuit ; but it not sufficiently appearing, by the affidavits which he produced, that this was the case, and these affidavits not having been served on *V. B.* and he having no notice of this motion,

*The Court* declined interfering. They said the prerogatives of the people were in this, and many other respects, similar to those of the British crown. In this point of view they cannot be nonsuited.

Motion denied.

---

## GRISWOLD *against* STEWART and others.

Where there are several issues in law joined at different times, in the same cause, its order on the calendar is determined by the date of the first issue.

THE defendant pleaded four pleas. and in *October,* 1821, there was a demurrer to the first, and joinder, and issue on the others. Afterwards the defendants amended the first plea, but the plaintiff again demurred, and there was a joinder in demurrer on the *5th February,* 1822. Afterwards a further plea was interposed, by leave of the Court, on special application. to which the plaintiff demurred, and there was a joinder in demurrer thereon in *May* last ; and the plaintiff's attorney had noticed the cause for argument at this term. and placed it on the calendar according to the date of the first issue in law ; and on the first day of this term;

*D. Kellogg*, for the defendants, moved to correct the cal-endar by placing it according to the date of the last issue.

*J. Lynch*, contra.

*Curia.* The cause is correctly placed at the date of the first issue.

Motion denied.